JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 12 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW REIHS,<br><br>Defendant. | 1:17-CR-2060-SAB<br><br>INDICTMENT<br><br>18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition<br><br>Notice of Criminal Forfeiture |

The Grand Jury charges:

On or about September 15, 2017, in the Eastern District of Washington, the Defendant, ANDREW REIHS, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm and ammunition, to wit: a Smith & Wesson, Model SDVE, 9mm handgun, bearing serial number FWS7426,

INDICTMENT      1

and fourteen 9mm ammunition cartridges bearing headstamp "NFCR 9mm Luger," which had been shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of an offense of unlawful possession of a firearm in violation of Title 18, United States Code, Section 922(g), as charged in this Indictment, Defendant ANDREW REIHS, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the property that was involved in the commission of the offense charged in this Indictment, specifically: a Smith & Wesson, Model SDVE, 9mm handgun, bearing serial number FWS7426, and fourteen 9mm ammunition cartridges bearing "NFCR 9mm Luger."

//
//
//

INDICTMENT                                                              2

DATED: December 12, 2017.

A TRUE BILL

_____
Presiding Juror

JOSEPH H. HARRINGTON
Acting United States Attorney

*[signature]*

Thomas J. Hanlon
Supervisory Assistant United States Attorney

*[signature]*

Benjamin D. Seal
Assistant United States Attorney

INDICTMENT                                3